## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.  25-MJ-159** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 111(a)(1)** |
| **DONISHA BUTLER** and | : | **(Assaulting, Resisting, or Impeding** |
| **TERRANCE WILSON,** | : | **Certain Officers or Employees)** |
| | : | |
| **Defendants.** | : | |

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about August 19, 2025, within the District of Columbia, **DONISHA BUTLER** did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with Metropolitan Police Department Officer Daniel Lingham, a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties.

   (**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of 18 U.S.C. § 111(a)(1))

## COUNT TWO

On or about August 19, 2025, within the District of Columbia, **TERRANCE WILSON** did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with Metropolitan Police Department Officer Leonardo Bell, a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties.

   (**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of 18 U.S.C. § 111(a)(1))

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

        By:    <u>*/s/ Solomon S. Eppel*</u>
                SOLOMON S. EPPEL
                Assistant United States Attorney