UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Case No. 25-cr-256 (ZMF) |
| DONISHA BUTLER | : |

**ENTRY OF APPEARANCE**

Please enter the appearance of undersigned counsel, Stephen F. Brennwald, on behalf of MS. Butler, nunc pro tunc to August 22, 2025.

Respectfully submitted,

*Stephen F. Brennwald*

_____
Stephen F. Brennwald  #398319
Brennwald & Robertson
922 Pennsylvania Avenue, SE
Washington, D.C.  20003
(301) 928-7727
sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was submitted by ECF, this 3rd day of September, 2025, to all parties of record.

*Stephen F. Brennwald*

_____
Stephen F. Brennwald