UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                             :

    v.                                    :  Case No. 25-cr-256 (ZMF)

DONISHA BUTLER                            :

## NOTICE OF JOINDER

COMES NOW Defendant, Donisha Butler, through undersigned counsel, Stephen F. Brennwald, and hereby provides Notice that she joins the motion to dismiss filed by co-defendant Wilson (ECF Doc. 16).  Defendant notes that her motion, of course, pertains to the complainant listed in the Information filed against her and not the complainant in the Information relating to her co-defendant.

Defendant Butler further argues that although the officers who were out on the street during the relevant incident were there, purportedly, pursuant to an Executive Order, that Order was unconstitutional as there was no "crime emergency" upon which to base the Order.  Thus, as applied to her, any Order purporting to federalize the MPD officer in question (MPD Officer Daniel Lingham) or to otherwise attempt to bring the actions of the officer under the umbrella of a "federal" action violated the Constitution of the United States.

For these reasons, defendant Butler joins the motion filed by her co-defendant, and moves to dismiss the case against her.

Respectfully submitted,

*Stephen F. Brennwald*

_____

Stephen F. Brennwald  #398319
Brennwald & Robertson
922 Pennsylvania Avenue, SE
Washington, D.C.  20003
(301) 928-7727
sfbrennwald@cs.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was submitted by ECF, this 3rd day of September, 2025, to all parties of record.

*Stephen F. Brennwald*
_____
Stephen F. Brennwald