UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 25-cr-256-TSC-ZMF |
| : | |
| DONISHA BUTLER and : | |
| TERRANCE WILSON, : | |
| : | |
| Defendants. : | |

**GOVERNMENT'S MOTION TO DISMISS**

The United States, by its undersigned counsel and pursuant to Federal Rule of Criminal Procedure 48(a), respectfully submits this Motion to Dismiss the Information as to both Defendants in this case without prejudice. As grounds, the Government has decided not to proceed with any prosecution of Defendant Butler and to proceed with the prosecution of Defendant Wilson in Superior Court.[1] Accordingly, the Government moves to dismiss the charges against them. *See* Fed. R. Crim. P. 48(a) (allowing for dismissals of charges with leave of the court); *see also United States v. Karake*, 2017 WL 8045732 (Huvelle, J.) (holding that dismissal under Rule 48 should generally be without prejudice).

WHEREFORE, for the foregoing reasons, the Government asks that the Court dismiss the charges against the Defendants in this case without prejudice.

Respectfully submitted,

---

[1] The Defendants have filed motions to dismiss this case (ECF Nos. 16, 17). The Government does not concede that these motions are meritorious. *See, e.g.*, *United States v. Horvath*, 24-cr-401 (JDB), 2025 WL 460032, at *3 (D.D.C. Feb. 11, 2025) (stating that a motion to dismiss criminal charges—in this case, an indictment—under Federal Rule of Criminal Procedure 12(b)(3)(B)(v) is a "limited ground for seeking relief"); *see also, e.g.*, *United States v. Brown*, 76 F.4th 1073, 1077-78 (8th Cir. 2023) (stating, in the context of a state trooper on a federal task force, that "an officer can be "engaged in the performance of official federal duties while simultaneously fulfilling state duties" (internal quotation marks omitted)); *United States v. Smith*, 296 F.3d 344, 347 (5th Cir. 2002) (concluding that there was sufficient evidence to support a conviction under 18 U.S.C. § 111 where "police officer and [. . .] FBI agents were jointly pursuing a suspect in a federally-investigated bank robbery").

                              JEANINE FERRIS PIRRO
                              UNITED STATES ATTORNEY

By:   */s/ Solomon S. Eppel*
       SOLOMON S. EPPEL
       Assistant United States Attorney
       D.C. Bar No. 1046323
       601 D Street, NW
       Washington, D.C. 20530