UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 25-cr-256-TSC-ZMF |
| | : | |
| **DONISHA BUTLER and** | : | |
| **TERRANCE WILSON,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of the Government's Motion to Dismiss, it is this ____ day of September, 2025 ORDERED that the charges in the Information in this case against defendants Donisha Butler and Terrance Wilson are hereby DISMISSED without prejudice.

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE