UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                          :

v.                                     : Case No. 25-cr-256 (ZMF)

DONISHA BUTLER                         :

**NOTICE OF JOINDER**

COMES NOW Defendant, Donisha Butler, through undersigned counsel, Stephen F. Brennwald, and hereby provides Notice that she joins the motion to expunge filed by co-defendant Wilson (ECF Doc. 24).  Defendant notes that her joiner of co-defendant's motion, of course, pertains to the complaint filed against her and not to the complainant relating to her co-defendant.

Otherwise, the arguments advanced on behalf of co-defendant Wilson apply even more forcefully to defendant Butler, and for that reason, as well as any other reason that may appear to this Court, Defendant Butler joins the motion filed by her co-defendant and moves to expunge all records pertaining to her arrest and (truncated) prosecution in this matter.

Respectfully submitted,

*Stephen F. Brennwald*

_____
Stephen F. Brennwald  #398319
Brennwald & Robertson
922 Pennsylvania Avenue, SE
Washington, D.C.  20003
(301) 928-7727
sfbrennwald@cs.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was submitted by ECF, this 1st day of October, 2025, to all parties of record.

                                         *Stephen F. Brennwald*

                                         _____
                                         Stephen F. Brennwald